1  MICHAEL L. MAU, ESQ. (Bar No. 169355)
   LAW OFFICES OF MICHAEL L. MAU
2  950 HARRISON STREET, STE. 213
   SAN FRANCISCO, CA  94107-1078
3  (415) 495-8082
   (415) 495-8084 (fax)
4  Email: *maulawsf@hotmail.com*

5  Attorneys for Defendants
   James Island Plastering, Inc.; Irvin G. James
6

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

12  HOD CARRIERS LOCAL 166 PENSION        )  Case No.: **C 06 4336 MJJ**
    TRUST, HOD CARRIERS LOCAL 166         )
13  HEALTH, WELFARE & VACTION TRUST;      )  STIPULATION AND ORDER FOR
    SAM ROBINSON, as Trustee of the foregoing ) DISMISSAL
14  Trusts; and HOD CARRIERS 166 INDUSTRY )
    PROMOTION PROGRAM,                    )     Granted
                                          )
15           Plaintiffs,                  )
16      vs.                               )
                                          )
17  JAMES ISLAND PLASTERING, INC., a      )
    California Corporation; and IRVING G. JAMES, )
18  in corporate capacity and individually,)
                                          )
19           Defendants.                  )
                                          )
20                                        )
                                          )

21

22      IT IS HEREBY STIPULATED by and between the parties that the above-entitled matter may be

23  dismissed without prejudice.  Each party shall bear its costs and fees.

24

25

                                    -1-

                    STIPULATION AND ORDER FOR DISMISSAL.

| | |
|---|---|
| 1  Dated: October 5, 2006 | LAW OFFICES OF MICHAEL L. MAU |
| 2 | *Michael L. Mau* C.G. Copy |
| 3 | _____ |
| 4 | Michael L. Mau, Esq. |
| 5 | Attorneys for Defendants James Island Plastering, Inc.; Irvin G. James |
| 7  Dated: 1r/5/06 | NEYHART, ANDERSON, FLYNN, et al. |
| 10 | Scott M. De Nardo, Esq. Attorneys for Plaintiffs Hod Carriers Local 166 Pension Trust, et al. |

ORDER

IT IS SO ORDERED.

Dated: 10/10/2006

_____
UNITED STATES DISTRICT JUDGE

C:\My Documents\J. Island v. Hod Union\Stipulation for Dismissal.doc

-2-

STIPULATION AND ORDER FOR DISMISSAL.